IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr62

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JOHN ROBINSON | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se to withdraw his guilty plea. (Doc. Nos. 31, 32).

The defendant alleges his guilty plea was the result of ineffective assistance by former counsel. However, the Court recently allowed former counsel to withdraw and appointed new counsel for the defendant.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se motions to withdraw his guilty plea are **DENIED** without prejudice to be pursued by newly appointed counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: February 11, 2008

Robert J. Conrad, Jr.
Chief United States District Judge